Filing # 149534765 E-Filed 05/13/2022 10:43:18 AM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

BEVERLY RIPPY,

    Plaintiff,

v.      CASE NO.: 2022 CA 1606

THE DEVEREUX FOUNDATION, INC.,

    Defendant.

_____/

**SUMMONS**

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this Summons and a copy of the Complaint, Request for Production and Interrogatories in this lawsuit on the above-named Defendant, **THE DEVEREUX FOUNDATION, INC., c/o Registered Agent, Kelly Messer, 5850 T.G. Lee Blvd, Suite 400, Orlando, FL 32822.**

Each Defendant is hereby required to serve written defenses to said Complaint or Petition on Gregory P. Abaray, Esquire, (greg@allenandabaray.com), LAW OFFICES OF ALLEN & ABARAY, P.A., whose address is 5835 U.S. Highway 98 South, Lakeland, Florida 33812, within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of said written defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a Default will be entered against the Defendant for the relief demanded in the Complaint or Petition.

05/16/2022

WITNESS my hand and seal of this court on the _____ day of _____, 2022.

Stacey M. Butterfield
As Clerk of Said Court
53-2022CA-001606-0000
By_____5/16/2022 3:14:36 PM_____
As Deputy Clerk

**EXHIBIT A**

If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Office of the Court Administrator (863) 534-4690, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney". (Demandate o Abogado del Demanadante.)

## IMPORTANTE

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pourvous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourdez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocet) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

BEVERLY RIPPY,

    Plaintiff,

v.

CASE NO.: 2022 CA 1606

THE DEVEREUX FOUNDATION, INC.,

    Defendant.

_____/

## COMPLAINT

Plaintiff, BEVERLY RIPPY, by and through the undersigned attorney, hereby sues Defendant, THE DEVEREUX FOUNDATION, INC., a foreign profit corporation, and alleges:

## GENERAL ALLEGATIONS

1. This is an action for damages which exceed $30,000.00.

2. That at all times material hereto, Plaintiff, BEVERLY RIPPY, was a resident of Lakeland, Polk County, Florida.

3. At all times material hereto Defendant, THE DEVEREUX FOUNDATION, INC., was a Florida profit corporation licensed and doing business in the State of Florida, specifically Polk County, Florida.

4. On or about March 21, 2021, Lucero Ramirez Bermudez owned and operated a vehicle in Lakeland, Polk County.

1

5. Defendant, THE DEVEREUX FOUNDATION, INC. insured a motor vehicle which was operated with consent its employee, Lucero Ramirez Bermudez, who was acting within the course and scope of her employment.

6. That at said time and place, Defendant's insured vehicle operated by Lucero Ramirez Bermudez collided with the vehicle operated by Plaintiff, BEVERLY RIPPY.

7. That Lucero Ramirez Bermudez negligently operated the motor vehicle and committed a tortious act in the State of Florida as defined by Florida Statutes.

8. That Lucero Ramirez Bermudez, was an employee of Defendant, THE DEVEREUX FOUNDATION, INC., and was acting within the course and scope of her employment.

9. That as a result, Plaintiff, BEVERLY RIPPY, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and the loss of ability to earn money. The losses are either permanent or continuing and Plaintiff, BEVERLY RIPPY, will suffer the losses in the future.

10. All conditions precedent to this cause of action have occurred, been performed, or have been waived.

WHEREFORE, Plaintiff, BEVERLY RIPPY, demands judgment for damages against Defendant, THE DEVEREUX FOUNDATION, INC., together with interest and costs of these proceedings.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

Dated this 13 day of May, 2022.

_Gregory P. Abaray_
GREGORY P. ABARAY, ESQUIRE
Allen & Abaray, P.A.
5835 U.S. Highway 98 South
Lakeland, Florida 33812
T: (863) 669-9999; F: (863) 669-0699
Florida Bar # 0093017
Attorney for Plaintiff
Primary email: greg@allenandabaray.com
Secondary email: civilfiling@allenandabaray.com

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

BEVERLY RIPPY,

    Plaintiff,

v.                                    CASE NO.: 2022 CA 1606

THE DEVEREUX FOUNDATION, INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SERVICE OF INTERROGATORIES TO DEFENDANT

The Plaintiff, by and through the undersigned counsel, hereby notifies all parties to this cause of the service of Interrogatories, consisting of twenty-four (24) questions, upon Defendant. Said Interrogatories are to be answered in writing, and under oath, and a copy of the answers provided to counsel for the Plaintiff within forty-five (45) days of the date of service hereof.

                                      ALLEN & ABARAY, P.A.

                                      *s/Gregory P. Abaray*
                                      GREGORY P. ABARAY, ESQUIRE
                                      Law Offices of Allen & Abaray, P.A.
                                      5835 U.S. Hwy 98, South
                                      Lakeland, Florida 33812
                                      T: 863-669-9999/F:863-669-0699
                                      Florida Bar # 0093017
                                      Attorney for Plaintiff
                                      Primary email: greg@allenandabaray.com
                                      Secondary email: civilfiling@allenandabaray.com

# FIRST SET OF INTERROGATORIES
## INTRODUCTION

Where the facts set forth and the answers or portions thereof are supplied upon information and belief, rather than upon defendant's knowledge, the defendant should so state, and specifically identify and describe the source or sources of such information and belief. Should the defendant be unable to answer any interrogatory, or portion thereof, by either actual knowledge or upon information or belief, the defendant should state in detail its efforts to obtain such information as would enable it to answer said interrogatories, or portions thereof.

## DEFINITIONS

As used herein, the term "document" and "documents" include, but are not limited to, the original or each copy or draft of all written, printed, typed, recorded, or graphic matters, including, but not limited to all correspondence, memoranda, memoranda of telephone conversations or meetings, reports, reports pertaining to visits or telephone calls kept or maintained by you, and all contracts or agreements entered into by you pertaining to the subject matter of this lawsuit; all photographic matter or sound reproduction tapes, records or other devices, however produced or reproduced; now or formerly within your actual or constructed possession, custody or control; or of which you or any of your representatives have knowledge.

The words "person" or "persons" mean all natural persons and all entities, including without limitation, corporations, companies, partnerships, limited partnerships, joint ventures, trusts, estates, associations, public agencies, departments, bureaus or boards.

The words "identify" and "identification" mean:

1. When used with respect to an individual, to state his or her full name, present or last known address, his or her present or last known position and business affiliation, and his or her positions and business affiliations at all times during the time period referred to hereafter;

2. When used with respect to a person other than a natural person, to state the type of person (corporation, partnership, etc.), its full name, the state of incorporation (if a corporation), address of its principal place of business and the address of its place of business concerned with each matter inquired of in these interrogatories;

3. When used with respect to a document, to state its date (or if not dated, the date it was prepared or received), the type of document (e.g., letter, memorandum, telegram, chart, photograph or reproduction), the author and the addressee, its present location, the identity of the individual or person presently the custodian thereof, and a general description of its contents.

## INTERROGATORIES

1). What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2). List all former names and when you were known by those names. State all addresses where you have lived for the past 10 years, the dates you lived at each address, your Social Security number, and your date of birth.

3). Have you ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of 1 year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction the specific crime and the date and place of conviction.

4). Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in plaintiff's complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

5). Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

6). Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

7).  State the facts upon which you rely for each affirmative defense in your answer.

8).  Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.

9).  Were you charged with any violation of law (including any regulations or ordinances) arising out of the incident described in the complaint? If so, what was the nature of the charge; what plea or answer, if any, did you enter to the charge; what court or agency heard the charge; was any written report prepared by anyone regarding the charge, and, if so, what is the name and address of the person or entity who prepared the report; do you have a copy of the report; and was the testimony at any trial, hearing, or other proceeding on the charge recorded in any manner, and, if so, what is the name and address of the person who recorded the testimony?

10). List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

11). Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

12). State the name and address of every person known to you, your agents, or your attorneys who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

13). Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

14). Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

15). Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter, and, if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.

16). Do you wear glasses, contact lenses or hearing aids? If so, who prescribed them, when were they prescribed, when were your eyes or ears last examined and what is the name and address of the examiner?

17). Were you suffering from physical infirmity, disability, or sickness at the time of the incident described in the Complaint? If so, what was the nature of the infirmity, disability, or sickness?

18). Did you consume any alcoholic beverages or take any drugs or medications within 12 hours before the time of the incident described in the Complaint? If so, state the type and amount of alcoholic beverages, drugs, or medication which were consumed and when and where you consumed them.

19). Did any mechanical defect in the motor vehicle in which you were riding at the time of the incident described in the Complaint contribute to the incident? If so, describe the nature of the defect and how it contributed to the incident.

20). List the name and address of all persons, corporation or entities who were registered title owners or who had ownership interest in, or right to control, the motor vehicle that the defendant driver was driving at the time of the incident described in the Complaint and describe the vehicle, including the make, model, year and vehicle identification number of the vehicle.

21). At the time of the incident described in the Complaint, did the driver of the vehicle described in your answer to the preceding interrogatory have permission to drive the vehicle? If so, state the name and addresses of all persons who gave permission.

22). At the time of the incident described in the Complaint, was the defendant driver engaged in any mission or activity for any other person or entity, including any employer? If so, state the name and address of that person and the nature of the mission or activity.

23). Was the motor vehicle that the defendant driver was driving at the time of the incident described in the Complaint damaged in the incident and if so, what was the cost to repair the damage?

24). What is the name, address, cell phone number, account number, account holder name, of all the cellular provider(s) Defendant had on the date of the accident raised in the Complaint. This would include both personal and business use cellular telephones.

_____
as authorized representative of
THE DEVEREUX FOUNDATION, INC.

STATE OF _____
COUNTY OF _____

The foregoing instrument was acknowledged before me this _____ day of _____, 2022, by _____, who is well known to me or who has produced _____ as identification, and he/she acknowledged that he/she executed the foregoing answers to interrogatories and that same are true and correct to the best of his/her knowledge and belief.

Date: _____

_____
Notary Public
State of _____
Printed Name: _____
Commission No.: _____
My Commission Expires:

(SEAL)

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

BEVERLY RIPPY,

　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　CASE NO.: 2022 CA 1606

THE DEVEREUX FOUNDATION, INC.,

　　Defendant.

_____/

## PLANTIFF'S REQUEST TO PRODUCE TO DEFENDANT

Plaintiff, pursuant to Florida Rules of Civil Procedure 1.350, requests the Defendant, to furnish copies of the following documents to the offices of the undersigned attorney within forty-five (45) days from the date of service hereof:

1. Copies of any and all written statements, recorded statements, or sworn statements taken or obtained by the Defendant(s), or his/her counsel, from any witnesses to this accident.

2. Copies of any and all written statements, recorded statement, or sworn statements taken or obtained by Defendant(s), or his/her counsel, from the Plaintiff.

3. Copies of any and all written statements, recorded statements or sworn statements taken or obtained by Defendant(s), or his/her counsel from any of the occupants of the motor vehicles involved in this accident.

4. Copies of any and all written statements, recorded statements, or sworn statements given by the Defendant(s) regarding this accident.

5. Copies of any and all written statements, recorded statements, or sworn statements, taken or obtained by Defendant(s), or his/her counsel, from any other person

with any knowledge regarding this accident and/or the allegations contained in the Complaint.

6. *Original prints (not xerox copies of originals) of all photographs in your possession depicting any of the motor vehicles involved in this accident.

7. *Original prints (not xerox copies of originals) of all photographs in your possession depicting the scene of this accident.

8. *Original prints (not xerox copies of originals) of all the photographs in your possession depicting any of the injuries allegedly received by the Plaintiff in this accident, including photographs taken of the Plaintiff while Plaintiff was in the hospital, if any.

9. *Original prints (not xerox copies of originals) of any other photographs, motion pictures, video cassette recordings or the like, which Defendant intends to use in evidence at trial.

10. Copies of any and all repair bills or appraisals of the vehicles involved in this accident.

11. Copies of any and all of the policies of insurance which either provide insurance coverage to the Defendant(s) or potentially provide coverage to Defendant(s), for the injuries the Plaintiff alleges to have received in this accident.

12. Copies of any and all policies of insurance covering (1) any and all vehicles owned by Defendant and/or (2) the vehicle occupied or operated by the Defendant in this accident and/or (3) you for any of the damages sought in the Complaint.

13. Copies of any opinion or report rendered by any expert retained by the Defendant(s) as a result of this accident.

14. A copy of any survey or plat of the accident scene.

15. A copy of the title to the vehicle which the Defendant was driving or occupying at the time of this accident.

16. A copy of the vehicle registration for the Defendant's vehicle involved in the motor vehicle accident.

17. Copies of any and all settlement agreements or other agreements, wherein the Defendant(s) have arrived at any settlement or agreement with any person, whether or not a party to this lawsuit, regarding this accident or any damages resulting therefrom.

18. Copies of any surveillance film or photographs depicting the Plaintiff.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by service of process together with the Complaint.

ALLEN & ABARAY, P.A.

s/Gregory P. Abaray
GREGORY P. ABARAY, ESQUIRE
Law Offices of Allen & Abaray, P.A.
5835 U.S. Hwy 98, South
Lakeland, Florida 33812
T: 863-669-9999/F:863-669-0699
Florida Bar # 0093017
Attorney for Plaintiff
Primary Email: greg@allenandabaray.com
Secondary Email: civilfiling@allenandabaray.com

*Plaintiff does hereby agree to pay the reasonable cost required to reproduce any photographs which are delivered to the possession of the plaintiff by the defendant pursuant to Requests numbered 6, 7, 8, and 9 provided the plaintiff's counsel is consulted prior to the reproduction and the reasonableness of the cost thereof.