IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

BEVERLY RIPPY,

    Plaintiff,

v.                                  CASE NO.: 2022 CA 1606

THE DEVEREUX FOUNDATION, INC.,

    Defendant.

_____/

## COMPLAINT

Plaintiff, BEVERLY RIPPY, by and through the undersigned attorney, hereby sues Defendant, THE DEVEREUX FOUNDATION, INC., a foreign profit corporation, and alleges:

## GENERAL ALLEGATIONS

1. This is an action for damages which exceed $30,000.00.

2. That at all times material hereto, Plaintiff, BEVERLY RIPPY, was a resident of Lakeland, Polk County, Florida.

3. At all times material hereto Defendant, THE DEVEREUX FOUNDATION, INC., was a Florida profit corporation licensed and doing business in the State of Florida, specifically Polk County, Florida.

4. On or about March 21, 2021, Lucero Ramirez Bermudez owned and operated a vehicle in Lakeland, Polk County.

1

5. Defendant, THE DEVEREUX FOUNDATION, INC. insured a motor vehicle which was operated with consent its employee, Lucero Ramirez Bermudez, who was acting within the course and scope of her employment.

6. That at said time and place, Defendant's insured vehicle operated by Lucero Ramirez Bermudez collided with the vehicle operated by Plaintiff, BEVERLY RIPPY.

7. That Lucero Ramirez Bermudez negligently operated the motor vehicle and committed a tortious act in the State of Florida as defined by Florida Statutes.

8. That Lucero Ramirez Bermudez, was an employee of Defendant, THE DEVEREUX FOUNDATION, INC., and was acting within the course and scope of her employment.

9. That as a result, Plaintiff, BEVERLY RIPPY, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and the loss of ability to earn money. The losses are either permanent or continuing and Plaintiff, BEVERLY RIPPY, will suffer the losses in the future.

10. All conditions precedent to this cause of action have occurred, been performed, or have been waived.

WHEREFORE, Plaintiff, BEVERLY RIPPY, demands judgment for damages against Defendant, THE DEVEREUX FOUNDATION, INC., together with interest and costs of these proceedings.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

Dated this 13 day of May, 2022.

Gregory P. Abaray
GREGORY P. ABARAY, ESQUIRE
Allen & Abaray, P.A.
5835 U.S. Highway 98 South
Lakeland, Florida 33812
T: (863) 669-9999; F: (863) 669-0699
Florida Bar # 0093017
Attorney for Plaintiff
Primary email: greg@allenandabaray.com
Secondary email: civilfiling@allenandabaray.com